ACCEPTED
03-15-00097-CR
6364083
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:34:06 AM
JEFFREY D. KYLE
CLERK

# RICHARD E. WETZEL
## ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 11:34:06 AM
JEFFREY D. KYLE
Clerk

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5394 fax
wetzel_law @1960.com
www.TexasCriminalAppealsLawyer.com

August 5, 2015

Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX
78711-2547

Re: Lewis v. State, No. 03-15-00097-CR, in the Third Court of Appeals

Dear Clerk Kyle:

I have complied with TEX. R. APP. P. 48.4. A copy of the return receipt from the letter I sent to Mr. Lewis on July 28, 2015, is attached. Thank you for your attention and cooperation in this matter.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law



**U.S. Postal Service™**
**CERTIFIED MAIL® RE(**
Domestic Mail Only

For delivery information, visit our websit

OFFICIAL

Certified Mail Fee $ 6.25

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ 1.64

Total Postage and Fees $ 7.89

Sent To Jason Lewis
Street and Apt. No., or PO Box No. Gurney Unit
City, State, ZIP+4° Palestine TX

PS Form 3800, April 2015 PSN 7530-02-000-9047

7015 0640 0006 9757 7260

---

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason Lewis
1980530
1385 Fm 3328
Palestine, TX 75803

9590 9401 0075 5168 3603 58

2. Article Number (Transfer from service label)
7015 0640 0006 9757 7260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SUARELL    7-31-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ all Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery